**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MYSPACE, INC.

    Plaintiff

v.

GRAPHON CORPORATION

    Defendant.
_____/

CRAIGSLIST, INC.,

    Plaintiff,

v.

GRAPHON CORPORATION,

    Defendant.
_____/

No. C10-00604 EDL
No. C10-01156 EDL
Consolidated Actions

JUDGMENT

    In accordance with the Court's Order dated December 10, 2010, JUDGMENT is entered under Rule 54(b) in favor of Plaintiffs based on the Court's Order of November 23, 2010, on their claims that the 6,324,538, 6,850,940, 7,028,034, and 7,269,591 Patents are invalid.

    All case activities are hereby STAYED.

Dated: December 10, 2010

RICHARD W. WIEKING, Clerk

By: *Lili M. Harrell* _____
    Lili M. Harrell
    Deputy Clerk